**RECEIVED**

JAN 2 4 2022

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

)
)
)
)
)
)

**Complaint for a Civil Case**

*(Write the full name of each plaintiff
who is filing this complaint.   If the
names of all the plaintiffs cannot fit in
the space above, please write "see
attached" in the space and attach an
additional page with the full list of
names.)* Clint Phillips III

Case No. 4:22-cv-00091-
*(to be assigned by Clerk of
District Court)*

v.

Plaintiff requests trial by jury:

☑ Yes ☐ No

)
)
)
)
)
)
)
)
)
)
)
)

*(Write the full name of each defendant.
The caption must include the names of
all of the parties. Fed. R. Civ. P. 10(a).
Merely listing one party and writing "et
al." is insufficient. Attach additional
sheets if necessary.)*
St. louis County

**CIVIL COMPLAINT**

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date, the full name of a person
known to be a minor, or a complete financial account number. A filing may include only: the last
four digits of a social security number, the year of an individual's birth, a minor's initials, and the
last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness
statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an
application to proceed without prepaying fees or costs.*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Clint Phillips III |
| Street Address | 1173 Forest Home dr. |
| City and County | St. louis |
| State and Zip Code | MO. 63137 |
| Telephone Number | (314) 992-2201 |
| E-mail Address | Clint Phillips2018@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | St. louis County |
| Job or Title | County/ Municipality |
| Street Address | 100 S. Central Ave |
| City and County | St. louis |
| State and Zip Code | MO |
| Telephone Number | |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.    Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Title 42 U.S.C. § 1983*
*5th & 14 Amends, (Due Process Clauses)*

### B.    Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

*N/A*

### C.    Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.    The Plaintiff(s)

The plaintiff, *(name)* _____*N/A*_____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *N/A* _____ *Or* is a citizen

of *(foreign nation)* _____ *N/A* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ *N/A* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *N/A* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ *N/A* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain):* 5,000,000.00 for reckless disregard of rights

**III.    Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

      1.      What happened to you?
      2.      When did it happen?
      3.      Where did it happen?
      4.      What injuries did you suffer?
      5.      What did each defendant personally do, or fail to do, to harm you?

*see attached*

**IV.    Relief**

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments. *$5,000,000,00 in damage, and to acknowledge plaintiffs when they have a court date as per federal law*

On Nov. 14th 2021; I had a hearing that I was given no notice of by my attorney nor the County and I've given them the proper address.

I was told about the hearings concl-usion via phone, and the hearings were held exparte this constitutes a Fifth and Fourteenth Amendment; Due Process violation

I've been riding the docket since Nov of 19'; This Nov. will constitute a speedy trial violation, and my lawyer Modupe O'ji is not doing her job effectively or professionally.

She has not done any discovery on my wife in reference to money lies, property, children that a proffessional lawyer is supposed to do. She does not answer the phone when I call her. I had to have the court hire a GAL to counteract her lies, neglect.

The case is Clint Phillips v. Patrice Walls  St. louis County

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☐   No ☑

Do you claim punitive monetary damages?

Yes ☑   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages. *5,000,000,00 for reckless disregard for rights*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24_ day of ___January___, 20 _22_

Signature of Plaintiff(s) _____

6